# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moore, Karen N. | U.S. Court of Appeals-6th Cir. | 05/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

Carl B. Stokes U.S. Courthouse
801 W. Superior Ave., Ste 21A
Cleveland, Ohio 44113-1831

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Overseers | Harvard University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Squire Sanders & Dempsey |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Penn. School of Law | 1/27/11 - 1/28/11 | Philadelphia, PA | Moot Court | Transportation, food, lodging |
| 2. | University of Iowa Law School | 3/4/11 - 3/6/11 | Iowa City, IA | Moot Court | Transportation, food, lodging |
| 3. | University of Illinois School of Law | 4/13/11 - 4/14/11 | Champaign, IL | Moot Court | Transportation, food, lodging |
| 4. | Mercer University School of Law | 5/13/11 - 5/14/11 | Macon, GA | Commencement Speech | Transportation, food, lodging |
| 5. | Harvard University | 2/5/11 - 2/6/11 | Cambridge, MA | Board Meeting | Transportation, food, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore, Karen N. | 05/10/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Harvard University | 4/1/11 - 4/3/11 | Cambridge, MA | Board Meeting | Transportation, food, lodging |
| 7. | Harvard University | 5/24/11 - 5/26/11 | Cambridge, MA | Board Meeting | Food, lodging |
| 8. | Harvard University | 10/1/11 - 10/2/11 | Cambridge, MA | Board Meeting | Transportation, food, lodging |
| 9. | Harvard University | 12/3/11 - 12/5/11 | Cambridge, MA | Board Meeting | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Huntington Bank Account | A | Interest | K | T | | | | | |
| 2. Key Bank Account | A | Interest | L | T | | | | | |
| 3. DWS Cash Investment Trust | A | Dividend | J | T | | | | | |
| 4. DWS Managed Municipal Bonds | D | Distribution | M | T | | | | | |
| 5. Dreyfus Municipal Money Market Fund | A | Dividend | K | T | | | | | |
| 6. IRA T. Rowe Price New Horizons Fund | E | Distribution | M | T | | | | | |
| 7. TIAA (Pension Fund) | E | Interest | O | T | | | | | |
| 8. CREF (Pension Fund) | | None | O | T | | | | | |
| 9. Vanguard Wellesley Income Fund (Retirement Fund) | C | Dividend | L | T | | | | | |
| 10. Vanguard Windsor Fund (Retirement Fund) | B | Dividend | L | T | | | | | |
| 11. Vanguard Wellington Fund (Retirement Fund) | B | Dividend | L | T | | | | | |
| 12. Pension Plan---Dodge & Cox Stock Fund [See Pt VIII] | D | Int./Div. | N | T | Buy | | K | | |
| 13. Pension Plan--Baron Asset Inst [See Pt VIII] | G | Int./Div. | | | Buy | | K | | |
| 14. | | | | | Sold | 12/29/11 | O | | |
| 15. Squire Sanders & Dempsey Capital Contribution Account | | None | M | U | | | | | |
| 16. Pension Plan--Fidelity Capital Appreciation K | B | Int./Div. | N | T | | | | | |
| 17. Pension Plan--Fidelity Diversified Int'l K [See Pt VIII] | D | Int./Div. | N | T | Buy | | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Huntington Bank Account | A | Interest | L | T | | | | | |
| 19. Victory Tax-Free Money Market--Key Bank | A | Dividend | L | T | | | | | |
| 20. PNC Bank Account | A | Interest | L | T | | | | | |
| 21. T. Rowe Price Growth Stock | A | Dividend | K | T | | | | | |
| 22. IRA American Funds--Capital World Growth & Income CL A | A | Dividend | K | T | Buy | 03/25/11 | J | | |
| 23. IRA American Funds--Growth Fund of Am CL A | A | Dividend | J | T | Buy | 03/25/11 | J | | |
| 24. IRA American Funds--Investment Co of Am CL A | A | Dividend | J | T | | | | | |
| 25. IRA American Funds--Capital World Growth & Income CL A | B | Dividend | L | T | | | | | |
| 26. IRA American Funds--Growth Fund of Am CL A | A | Dividend | L | T | | | | | |
| 27. IRA American Funds--Investment Co. of Am CL A | | None | | | Sold | 01/25/11 | J | | |
| 28. | | | | | Sold | 01/27/11 | L | | |
| 29. Pension Plan--WFA Small Cap Val Inst [See Pt VIII] | C | Int./Div. | N | T | Buy | | J | | |
| 30. American Funds--Capital Income Builder Fund CL A | D | Dividend | M | T | | | | | |
| 31. Hartford Capital Appreciation Fund CL A | C | Dividend | M | T | | | | | |
| 32. American Funds--Investment Co. of Am. CL A | | None | | | Sold | 01/25/11 | J | | |
| 33. | | | | | Sold | 01/27/11 | K | | |
| 34. American Funds--Fundamental Investors FD CL A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds--Europacific Growth Fund CL A | A | Dividend | K | T | | | | | |
| 36. Hartford Capital Appreciation Fund CL A | B | Dividend | L | T | | | | | |
| 37. Federated Ohio Muni Income Fund CL A | A | Dividend | K | T | | | | | |
| 38. Growth Fund of Am CL A | A | Dividend | J | T | | | | | |
| 39. Growth Fund of Am CL A | A | Dividend | K | T | | | | | |
| 40. New Perspective Fund CL A | A | Distribution | K | T | | | | | |
| 41. American Funds--Fundamental Investors FD CL A | A | Dividend | K | T | | | | | |
| 42. Pension Plan--MSIF Mid Cap Grth 1 [See Pt VIII] | B | Int./Div. | O | T | Buy | 12/29/11 | O | | |
| 43. Pension Plan--PIM Total Rt Inst | D | Int./Div. | N | T | | | | | |
| 44. Pension Plan--GS Mid Cap Value Inst [See Pt VIII] | A | Int./Div. | K | T | Buy | | J | | |
| 45. Cash value gp Life ins.,Pacific Life Ins Co. [See Pt VIII] | | None | N | T | Buy | | J | | |
| 46. Bank of America Account (X) | A | Interest | J | T | | | | | |
| 47. New World Fund CL A (X) | A | Dividend | J | T | Buy | 01/25/11 | J | | |
| 48. | | | | | Buy | 01/27/11 | K | | |
| 49. Small Cap World Fund CL A (X) | A | Dividend | J | T | Buy | 01/25/11 | J | | |
| 50. | | | | | Buy | 01/27/11 | K | | |
| 51. IRA New World Fund CL A (X) | A | Dividend | K | T | Buy | 01/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 01/27/11 | K | | |
| 53. IRA Small Cap World Fund CL A (X) | A | Dividend | K | T | Buy | 01/25/11 | J | | |
| 54. | | | | | Buy | 01/27/11 | K | | |
| 55. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, Record 12, Column D(2): Regular purchases made; total for year listed in Column D(3)

PART VII, Record 13, Column D(2): Regular purchases made; total for year listed in Column D(3)

PART VII, Record 17, Column D(2): Regular purchases made; total for year listed in Column D(3)

PART VII, Record 29, Column D(2): Regular purchases made; total for year listed in Column D(3)

PART VII, Record 42, Column D(2): Regular purchases made; total for year listed in Column D(3)

PART VII, Record 44, Column D(2): Regular purchases made; total for year listed in Column D(3)

PART VII, Record 45, Column D(2): Regular purchases made; total for year listed in Column D(3)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Karen N. Moore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544